AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Silverstein, Laurie S. | U.S. Bankruptcy Court, Delaware | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge -Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
824 Market Street
Wilmington, Delaware 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Watersfield Homeowners Association |
| 2. | Director | Delaware Bar Foundation |
| 3. | Executive Committee | Milton & Hattie Kutz Home |
| 4. | Co-President | Delaware Bankruptcy Inns of Court |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | The Pennsylvania State University, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office | 1/9/2018 to 1/12/2018 | San Antonio, TX | Judicial Conference Budget Committee Meeting | Transportation, Lodging, Food |
| 2. | Federal Judicial Center | 3/13/2018 to 3/16/2018 | New Orleans, LA | FJC educational seminar | Transportation, Lodging, Food |
| 3. | UJA-Federation of New York | 4/17/2018 to 4/17/2018 | New York, NY | Activity of professional service or civic organization | Transportation, Food |
| 4. | Administrative Office | 7/9/2018 to 7/12/2018 | Washington, D.C. | Judicial Conference Budget Committee Meeting | Transportation, Lodging |
| 5. | ABI | 8/2/2018 to 8/4/2018 | Hershey, Pa | CLE | Transportation, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Silverstein, Laurie S.** | 05/13/2019 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Administative Office | 9/24//2018 to 9/24/2018 | New York, NY | Singapore Memorandum of Understanding Signing Ceremony | Transporation, Food |
| 7. | Federal Judicial Center | 10/17/2018 to 10/19/2018 | Wilmington, DE | thurd Circuit Judicial Conference | Food, Registration |
| 8. | National Conference of Bankruptcy Judges | 10/27/2017 to 10/30/2017 | San Antonio, TX | NCBJ Annual Conference | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Smugglers Notch Resort | Condo Fee | J |
| 2. | Gettysburg College | tuition | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank account | A | Interest | M | T | | | | | |
| 2. Artisans' Bank account | B | Interest | N | T | | | | | |
| 3. WSFS Bank accounts | A | Interest | O | T | | | | | |
| 4. M&T Bank accounts | A | Interest | M | T | | | | | |
| 5. Bank of America account | A | Interest | L | T | | | | | |
| 6. TD Bank student account | | None | J | T | | | | | |
| 7. Smugglers Notch Resort | D | Rent | M | T | | | | | |
| 8. Pennsylvania 529 Guaranteed Savings Plan | D | | L | T | Distributed (part) | 06/29/18 | K | | |
| 9. | | | | | Distributed (part) | 12/05/18 | K | | |
| 10. | | | | | Distributed (part) | 05/08/18 | K | | |
| 11. Vanguard Wellington Fund Investor Shares | F | Int./Div. | O | T | | | | | |
| 12. Vanguard Windsor II Fund Investor Shares | F | Int./Div. | O | T | | | | | |
| 13. Vanguard Target Retirement Income Fund | E | Int./Div. | N | T | | | | | |
| 14. RBC Bank Deposit Program | | None | J | T | | | | | |
| 15. FPACX | A | Dividend | J | T | Sold (part) | 05/08/18 | J | A | |
| 16. PRWCX | A | Dividend | J | T | Sold (part) | 05/08/18 | J | A | |
| 17. AEP | A | Dividend | | | Sold | 03/16/18 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EPD | A | Distribution | | | Sold | 03/22/18 | K | C | |
| 19. HCN | B | Dividend | K | T | | | | | |
| 20. MO | B | Dividend | K | T | | | | | |
| 21. MRK | B | Dividend | K | T | | | | | |
| 22. APDKX | | None | | | Sold | 10/12/18 | M | D | |
| 23. FMIHX | | None | | | Sold | 01/17/18 | M | E | |
| 24. NSEIX | D | Dividend | K | T | Buy | 01/17/18 | J | | |
| 25. | | | | | Buy (add'l) | 07/17/18 | K | | |
| 26. | | | | | Sold (part) | 11/21/18 | K | A | |
| 27. POSKX | D | Dividend | M | T | | | | | |
| 28. TIBIX | B | Dividend | | | Buy | 01/17/18 | J | | |
| 29. | | | | | Sold | 07/17/18 | J | D | |
| 30. VFIAX | D | Dividend | N | T | | | | | |
| 31. VTMGX | C | Dividend | M | T | | | | | |
| 32. AMVFX | A | Dividend | J | T | Sold (part) | 05/08/18 | J | A | |
| 33. VEIRX | D | Dividend | L | T | Buy | 01/17/18 | J | | |
| 34. | | | | | Buy (add'l) | 07/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 12/20/18 | J | A | |
| 36. LSWWX | A | Dividend | J | T | Sold (part) | 05/08/18 | J | A | |
| 37. FMIYX | | None | | | Sold | 11/21/18 | L | B | |
| 38. PRDGX | D | Dividend | L | T | Buy | 07/17/18 | K | | |
| 39. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 40. | | | | | Sold (part) | 12/20/18 | K | A | |
| 41. PRIDX | | None | J | T | Buy | 10/12/18 | K | | |
| 42. | | | | | Sold (part) | 11/21/18 | L | A | |
| 43. VGSTX | A | Dividend | J | T | | | | | |
| 44. CAIFX | A | Dividend | | | Buy | 01/17/18 | J | | |
| 45. | | | | | Sold | 07/17/18 | L | A | |
| 46. VDADX | B | Dividend | L | T | Buy | 07/17/18 | J | | |
| 47. | | | | | Sold (part) | 12/20/18 | J | | |
| 48. VIAAX | | None | | | Buy | 03/16/18 | K | | |
| 49. | | | | | Buy (add'l) | 03/23/18 | K | | |
| 50. | | | | | Buy (add'l) | 07/17/18 | K | | |
| 51. | | | | | Sold (part) | 11/21/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/20/18 | J | A | |
| 53. DRGO | A | Dividend | M | T | Buy | 11/23/18 | M | | |
| 54. IYY | | None | N | T | Buy | 11/26/18 | N | | |
| 55. IWB | | None | | | Buy | 11/23/18 | N | | |
| 56. | | | | | Sold | 12/26/18 | N | A | |
| 57. TRBCX | A | Dividend | K | T | Buy | 01/17/18 | M | | |
| 58. | | | | | Buy (add'l) | 10/18/18 | L | | |
| 59. | | | | | Sold (part) | 11/20/18 | M | A | |
| 60. RPGAX | A | Dividend | J | T | Buy | 05/08/18 | J | | |
| 61. CD -- Wells Fargo Bank NA | A | Interest | | | Redeemed | 06/18/18 | L | | |
| 62. CD--Luana Savings Bank | A | Interest | | | Redeemed | 10/15/18 | L | | |
| 63. CD--State Bank of India | A | Interest | L | T | | | | | |
| 64. CD--Bank of China | A | Interest | L | T | Buy | 06/27/18 | L | | |
| 65. CD --BMO Harris Bank NA | A | Interest | L | T | Buy | 06/27/18 | L | | |
| 66. ML Bank Deposit Program | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silverstein, Laurie S. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII line 7, Smugglers Notch Resort -- fractional share purchased January, 2003 for $142,600. Located in Smuggler's Notch Resort

.
Part VII line 8, Pennsylvania 529 Guarantteed Savings Plan appreciates each year based on Penn State's tuition increase. This account is not invested in stock.

Part VII, line 11 Vanguard Wellington Fund Admiral Shares rolled into Vanguard Wellington Fund Investor Shares (I did not realize that last year when it rolled over)

Part VII line 13 Vanguard Target Retirement Income Fund was PAC Target Retirement Fund (changed when rolled over last year)

Part VII, lines 61-65 CDs were purchased through Merrill Lynch. Interest of CDs is deposited in ML Bank Deposit Program (Bank of America N.A. money m

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurie S. Silverstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544